Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PAPASAN, et al.,
    Plaintiff(s)

v.

DOMETIC CORPORATION, et al.,
    Defendant(s)

Case No. C 16-cv-02117-~~MEJ~~ HSG

STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private Mediation (by a mediator to be agreed upon by the parties)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline: to be determined by the parties after the hearing on the motion to dismiss has been decided

Date: July 12, 2016    Signed: /s/ Ashley A. Bede
                                                   Attorney for Plaintiff

Date: July 12, 2016    Signed: /s/ Marcy C. Priedeman
                                                   Attorney for Defendant

Print Form

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

*Haywood S. Gilliam, Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" <u>or</u> "Stipulation & Proposed Order Selecting ENE" <u>or</u> "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 6-2016*