Jeff D. Friedman (Cal. Bar No. 173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com
ashleyb@hbsslaw.com

Terrence A. Beard (Cal. Bar No. 98013)
LAW OFFICES OF TERRENCE A. BEARD
525 Marina Blvd.
Pittsburg, CA  94565
Telephone: (925) 778-1060
Facsimile:  (925) 473-9098
tbeard1053@aol.com

*Counsel for Plaintiffs and Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE PAPASAN, NELSON GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, and all persons similarly situated,<br><br>                                  Plaintiffs,<br><br>        v.<br><br>DOMETIC CORPORATION, a Delaware Corporation,<br><br>                                  Defendant. | No. 4:16-cv-02117-HSG<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S STATEMENT OF RECENT DECISION |

010520-11  976390 V1

1    Pursuant to Civil Local Rule 7-3(d), Plaintiffs respectfully move the Court for an Order
2    granting leave to file a two-page response to Defendant Dometic Corporation's ("Dometic")
3    Statement of Recent Decision, containing a citation to and providing a copy of a summary judgment
4    dismissal order in *Varner et al. v. Dometic Corp.*, Civil Action No. 16-22482-Civ-Scola (S.D. Fla.)
5    (the "Varner Order"). Plaintiffs contend the Varner Order—to the extent it is relevant at all to
6    Dometic's pending Motion to Dismiss given that it is a Summary Judgment Order—supports denial
7    of Defendant's pending motion to dismiss. In support of this Motion, Plaintiffs state as follows:
8        1.    On July 8, 2016, Plaintiffs filed their First Amended Class Action Complaint
9    ("Complaint") (Dkt. #38). On August 19, 2016, Dometic filed its Motion to Dismiss. After briefing
10   on the Motion to Dismiss, the parties appeared before the Court on November 17, 2016, for oral
11   argument. The Motion to Dismiss is currently under consideration by the Court.
12       2.    On July 27, 2017, Judge Robert N. Scola, Jr. of the United States District
13   Court for the Southern District of Florida entered an Order on the Defendant's Motion for Summary
14   Judgment and the Plaintiffs' Motion for Class Certification ("Order") dismissing in its entirety the
15   Varner Class Action against Dometic under Rule 56.
16       3.    On August 2, 2017, the Court granted Defendant leave to file its Statement of
17   Recent Decision, citing to and attaching a copy of the *Varner Order*.
18       4.    Given that the Varner Order concerns the same allegedly defective gas
19   absorption refrigerators as this case, Plaintiffs seek leave to file a two-page response to Defendant's
20   Statement of Recent Decision, in order to provide the Court with notable distinctions between this
21   action and the *Varner* action beyond the procedural distinction that the Varner Order was at the Rule
22   56 stage, following denial of a Rule 12 motion and discovery. Attached hereto as Exhibit A is
23   Plaintiffs' proposed two-page response.

1   For the foregoing reasons, Plaintiffs respectfully request that the Court grant leave to file

2   Plaintiffs' Response to Defendant's Statement of Recent Decision, attached hereto as Exhibit A, and

3   grant such other relief as it deems appropriate.

4   DATED: August 4, 2017                                HAGENS BERMAN SOBOL SHAPIRO LLP

6   By /s/ Steve W. Berman
    Steve W. Berman (*pro hac vice*)
7   Thomas E. Loeser (CSBA No. 202724)
    Ashley A. Bede (*pro hac vice*)
8   HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
9   Seattle, WA 98101
    Telephone: (206) 623-7292
10  Facsimile: (206) 623-0594
    steve@hbsslaw.com
11  toml@hbsslaw.com
    ashleyb@hbsslaw.com

    Jeff D. Friedman (CSBA No. 173886)
13  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
14  Berkeley, CA 94710
    Telephone: (510) 725-3000
15  Facsimile: (510) 725-3001
    jefff@hbsslaw.com

    Terrence A. Beard (CSBA No. 98013)
17  LAW OFFICES OF TERRENCE A. BEARD
    525 Marina Blvd.
18  Pittsburg, CA 94565
    Telephone: (925) 778-1060
19  Facsimile: (925) 473-9098
    TBeard1053@aol.com

21  *Attorneys for Plaintiffs and the Proposed Class*

22  DATED: 8/4/2017

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA