```
 1  LATHAM & WATKINS LLP
       Peter A. Wald (Bar No. 85705)
 2     Marcy C. Priedeman (Bar No. 258505)
    peter.wald@lw.com
 3  marcy.priedeman@lw.com
    505 Montgomery Street, Suite 2000
 4  San Francisco, California
    Telephone:  (415) 391-0600
 5  Facsimile:  (415) 395-8095

 6    Robert C. Collins III (pro hac vice)
      Emily R. Goebel (pro hac vice)
 7    Adam L. Rosenbloom (pro hac vice)
    robert.collins@lw.com
 8  emily.goebel@lw.com
    adam.rosenbloom@lw.com
 9  330 N. Wabash Ave., Suite 2800
    Chicago, Illinois  60611
10  Telephone:  (312) 876-7700
    Facsimile:  (312) 993-9767
11
    Attorneys for Defendant
12  DOMETIC CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE PAPASAN, NELSON AND MARJORIE GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, RICHARD AND LEAH VOLLBERG, TIMOTHY CHERRY, PAULA MEURER, JILL AND SID GARRETT, RICHARD LANDSHEFT, GARY GRAUS, GWENDOLYN AND LOUIS KING, and all persons similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DOMETIC CORPORATION,<br><br>        Defendant. | Case No. 4:16-cv-02117-HSG<br><br>**ORDER GRANTING DEFENDANT DOMETIC CORPORATION'S MOTION FOR ENLARGEMENT OF TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>The Honorable Haywood S. Gilliam, Jr. |

**ORDER**

Having considered the papers in support of Dometic Corporation's ("Dometic") Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Class Action Complaint ("Motion") and good cause appearing therefor, Dometic's Motion is hereby **GRANTED**. Dometic shall answer or otherwise respond to Plaintiffs' Second Amended Class Action Complaint within fourteen (14) days after the later of (i) this Court's Order on Dometic's Motion to Transfer Venue (Dkt. No. 83) and (ii) the Judicial Panel on Multidistrict Litigation's decision on Plaintiffs' Motion to Transfer three other cases to this Court.

**IT IS SO ORDERED.**

DATED: November 28, 2017

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge