LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Marcy C. Priedeman (Bar No. 258505)
peter.wald@lw.com
marcy.priedeman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

   Robert C. Collins III (Illinois Bar No. 6304674,
   appearance *pro hac vice*)
   Emily R. Goebel (Illinois Bar No. 6316592,
   appearance *pro hac vice*)
   Adam L. Rosenbloom (Illinois Bar No. 6317055,
   appearance *pro hac vice*)
robert.collins@lw.com
emily.goebel@lw.com
adam.rosenbloom@lw.com
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Attorneys for Defendant
DOMETIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE PAPASAN, NELSON GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, RICHARD AND LEAH VOLLBERG, TIMOTHY CHERRY, PAULA MEURER, JILL AND SID GARRETT, RICHARD LANDSHEFT, GARY GRAUS, GWENDOLYN AND LOUIS KING and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | Case No. 4:16-cv-02117-HSG<br><br>**ORDER GRANTING DEFENDANT DOMETIC CORPORATION'S MOTION FOR LEAVE TO SUBMIT TRANSCRIPT RELEVANT TO PENDING TRANSFER MOTION**<br><br>The Honorable Haywood S. Gilliam, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING LEAVE
TO SUBMIT TRANSCRIPT
CASE NUMBER: 16-cv-02117 HSG

# ORDER

Having considered the papers in support of Dometic Corporation's ("Dometic") Motion for Leave to Submit Transcript Relevant to Pending Transfer Motion ("Motion") and good cause appearing therefor, Dometic's Motion is hereby **GRANTED**. Dometic shall be permitted to file the transcript from the hearing held on January 25, 2018 in front of the United States Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

DATED: February 1, 2018

By: *Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING LEAVE
TO SUBMIT TRANSCRIPT
CASE NUMBER: 16-cv-02117 HSG

1