LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  Marcy C. Priedeman (Bar No. 258505)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

  Robert C. Collins III (appearance *pro hac vice*)
  Emily R. Goebel (appearance *pro hac vice*)
  Adam L. Rosenbloom (appearance *pro hac vice*)
*robert.collins@lw.com*
*emily.goebel@lw.com*
*adam.rosenbloom@lw.com*
330 N. Wabash Ave., Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Attorneys for Defendant
DOMETIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE PAPASAN, NELSON AND MARJORIE GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, RICHARD AND LEAH VOLLBERG, TIMOTHY CHERRY, PAULA MEURER, JILL AND SID GARRETT, RICHARD LANDSHEFT, GARY GRAUS, GWENDOLYN AND LOUIS KING, and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | Case No. 4:16-cv-02117-HSG<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT DOMETIC CORPORATION'S MOTION TO TRANSFER VENUE**<br><br>The Honorable Haywood S. Gilliam, Jr. |

1   WHEREAS, on October 20, 2017, Dometic filed the Motion to Transfer Venue
2   ("Transfer Motion") (ECF No. 83);
3   WHEREAS, on January 4, 2018, the parties appeared before the Court for oral argument
4   on the Transfer Motion;
5   WHEREAS, following the decision from the United States Judicial Panel on Multidistrict
6   Litigation ("JPML") in *IN RE: Dometic Gas Absorption Refrigerator Prod. Liab. Litig.*, MDL
7   No. 2811 (the "MDL Action"), the Court reset the hearing on the Transfer Motion for March 1,
8   2018 at 2:00 p.m. (ECF No. 117);
9   WHEREAS, lead counsel for Defendant Dometic Corporation ("Dometic") has an
10  unavoidable scheduling conflict on March 1, 2018 that will prevent him from being able to
11  attend the hearing on the Transfer Motion scheduled for March 1, 2018;
12  WHEREAS, counsel for Dometic has conferred with counsel for Plaintiffs regarding this
13  scheduling conflict, and Plaintiffs' counsel has stated that they are also available on March 6,
14  2018 and do not oppose the requested continuance;
15  WHEREAS, the parties recognize that their stipulated continuance date of March 6, 2018
16  is not during the Court's normal hearing times but seek to propose as short a continuance as
17  possible;
18  WHEREAS, if the Court prefers the normal Thursday call, the parties are available on
19  April 19, 2018;
20  WHEREAS, on May 3, 2016, the Court granted the parties' stipulation to extend the time
21  for Dometic to answer or otherwise plead to the initial Complaint by thirty (30) days (ECF No.
22  23).  On July 18, 2016, the court granted the parties' stipulation to extend the time for Dometic
23  to answer or otherwise respond to the First Amended Class Action Complaint by twenty-eight
24  (28) days (ECF No. 43).  On November 27, 2017, Dometic filed a Motion for Enlargement of
25  Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Class Action Complaint
26  ("Motion for Enlargement") (ECF No. 94).  On November 28, 2017, the Court granted the
27  Motion for Enlargement, requiring Dometic to respond to Plaintiffs' Second Amended Class
28  Action Complaint fourteen days after the later of (i) the Court's order on Dometic's Transfer

Motion, or (ii) the JPML's decision in the MDL Action (ECF No. 96);

WHEREAS, no other case deadlines have been set by the Court and, therefore, the continuance of the hearing on Dometic's Transfer Motion would have no impact on the schedule for the case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval, the hearing on Dometic's Transfer Motion shall be continued from March 1, 2018 to March 6, 2018 or, alternatively, April 19, 2018.

**IT IS SO STIPULATED.**

DATED:  February 8, 2018          **LATHAM & WATKINS LLP**

By: /s/ Peter A. Wald_____
    Peter A. Wald

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

Robert C. Collins III (appearance *pro hac vice*)
Emily R. Goebel (appearance *pro hac vice*)
Adam L. Rosenbloom (appearance *pro hac vice*)
330 N. Wabash Ave., Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
robert.collins@lw.com
emily.goebel@lw.com
adam.rosenbloom@lw.com

*Attorneys for Defendant*
DOMETIC CORPORATION

| | | |
|---|---|---|
| 1 | Dated: February 8, 2018 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | |
| 3 | | By: /s/ Thomas E. Loeser  _ |
| | | Thomas E. Loeser |
| 4 | | Steve W. Berman (*pro hac vice* ) |
| 5 | | Thomas E. Loeser (SBN 202724) |
| | | 1918 Eight Avenue, Suite 3300 |
| 6 | | Seattle, WA  998101 |
| | | Telephone:  (206) 623-7292 |
| 7 | | Facsimile: (206) 623-0594 |
| | | steve@hbsslaw.com |
| 8 | | toml@hbsslaw.com |
| 9 | | |
| | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 10 | | Jeff D. Friedman |
| | | 715 Hearst Avenue, Suite 202 |
| 11 | | Berkeley, CA 94710 |
| 12 | | Telephone:  (510) 725-3000 |
| | | Facsimile: (510) 725-3001 |
| 13 | | jefff@hbsslaw.com |
| 14 | | **LAW OFFICES OF TERRENCE A. BEARD** |
| | | Terrence A. Beard |
| 15 | | 3240 Lone Tree Road, Suite 101 |
| 16 | | Antioch, CA 94509 |
| | | Telephone: (925) 778-1060 |
| 17 | | Facsimile: (925) 473-9098 |
| | | TBeard1053@aol.com |
| 18 | | |
| 19 | | *Counsel for Plaintiffs and the Proposed Class* |
| 20 | | |

21                              **DECLARATION REGARDING CONCURRENCE**

22           I, Peter A. Wald, am the ECF user whose identification and password are being used to

23   file this STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON

24   DEFENDANT DOMETIC CORPORATION'S MOTION TO TRANSFER VENUE.  In

25   compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Plaintiffs' counsel has concurred

26   in this filing.

27

28

| | | |
|---|---|---|
| 1 | DATED: February 8, 2018 | LATHAM & WATKINS LLP |
| 2 | | /s/ Peter A. Wald |
| 3 | | Peter A. Wald |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on Dometic's Transfer Motion is continued from March 1, 2018 to March 6, 2018 at 2:00 p.m.

Dated: February 9, 2018

*(signature)* Haywood S. Gilliam Jr.

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28